UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:18-CV-159-D

| | |
|---|---|
| CAPE FEAR RIVER WATCH,<br><br>                Plaintiff,<br><br>vs.<br><br>THE CHEMOURS COMPANY FC, LLC,<br><br>                Defendant. | **ORDER ON JOINT MOTION TO POSTPONE RULE 26(f) PLANNING MEETING** |

Upon the Joint Motion to Postpone Rule 26(f) Planning Meeting, and for good cause shown;

IT IS THEREFORE ORDERED the parties shall have until fourteen (14) days after the Court rules on Chemours' motion to dismiss to conduct their Rule 26(f) meeting.

This **30** day of October, 2018.

                                                                         _/s/ Dever_
                                                  The Honorable James C. Dever, III