IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:18-CV-159-D

| | |
|---|---|
| CAPE FEAR RIVER WATCH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHEMOURS COMPANY FC, LLC,<br><br>　　　　　Defendant. | **ORDER ON<br>NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Based on the Notice of Dismissal with Prejudice filed by Plaintiff Cape Fear River Watch, and for good cause shown;

IT IS ORDERED THAT the above-captioned matter is dismissed with prejudice, with each party bearing its own costs and fees.

This __28__ day of February, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable James C. Dever, III